IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

_____

WARRIOR SPORTS, INC.,

       Plaintiff,

v.

SHOCK DOCTOR, INC.

       Defendant.

_____

Case No. 2:07-cv-12615
HON. RICHARD H. CLELAND

| | |
|---|---|
| John A. Artz (P24679) | Zachary W. Behler (P70026) |
| John S. Artz (P48578) | Foster Swift Collins & Smith, P.C. |
| Michael A. Schaldenbrand (P66475) | Attorneys for Defendant |
| Dickinson Wright, PLLC | 313 South Washington Square |
| Attorneys for Plaintiff | Lansing, MI 48933 |
| 38525 Woodward Avenue, Suite 2000 | (517) 371-8323 |
| Bloomfield Hills, MI 48304 | (517) 371-8200 (fax) |
| (248) 433-7200 | zbehler@fosterswift.com |
| jsartz@dickinsonwright.com | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE
### AND WITHOUT COSTS OR ATTORNEYS' FEES

The parties, through counsel, stipulate that the above-captioned action is dismissed with prejudice and without costs or attorneys fees as to all parties pursuant to the Settlement and Release Agreement.

Its is further stipulated that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement and Release Agreement.

| By: /s/ with the consent of John S. Artz | By: /s/ Zachary W. Behler |
|---|---|
| John A. Artz (P24679) | Zachary W. Behler (P70026) |
| John S. Artz (P48578) | Foster, Swift, Collins & Smith, P.C. |
| Michael A. Schaldenbrand (P66475) | Attorneys for Defendant |
| Dickinson Wright, PLLC | 313 S. Washington Square |
| Attorneys for Plaintiff | Lansing, MI 48933 |
| 38525 Woodward Avenue, Suite 2000 | (517) 371-8323 |
| Bloomfield Hills, MI 48304 | |
| (248) 433-7200 | |
| Dated: December 17, 2007 | Dated: December 17, 2007 |

## ORDER FOR DISMISSAL WITH PREJUDICE
## AND WITHOUT COSTS OR ATTORNEYS' FEES

Pursuant to the stipulation of the parties, and the Court being fully advised:

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice and without costs or attorneys fees as to all parties pursuant to the Settlement and Release Agreement.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement and Release Agreement.

Entry of this Order resolves the last pending claim in this action.

          S/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: December 27, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 27, 2007, by electronic and/or ordinary mail.

          S/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522